UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-24891-JB/Louis

TOP TRACKING SYSTEM LLC,

        Plaintiff,

v.

MARIA V. CASTELLANOS, *et al.*,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Preliminary Injunction, ECF No. [20]. *See* ECF No. [27]. Following an evidentiary hearing and supplemental briefing, Magistrate Judge Louis filed a Report and Recommendation ("R&R"), recommending that the Motion for Preliminary Injunction be denied. ECF No. [108]. Plaintiff filed objections to the R&R (the "Objections"), ECF No. [111], to which Defendants responded, ECF No. [113].

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Louis that Plaintiff's Motion for Preliminary Injunction should be denied.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Objections, ECF No. [111], are **OVERRULED**.

2. United States Magistrate Judge Louis' Report and Recommendation, ECF No. [108], is **AFFIRMED AND ADOPTED**.

3. Plaintiff's Motion for Preliminary Injunction, ECF No. [20], is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of September, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**