UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-24891-JB/Louis

KVC ESTATES IV, LLC,
a Florida limited liability company,
and CARLOS A. HERRERA, an individual

Plaintiffs,

v.

PEDRO FIGUEREDO LOPEZ, an
individual, ALEJANDRO RUBINOS, an
individual, and LUIS RAVELO, an individual,

       Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on United States Magistrate Judge Lauren F. Louis' Report and Recommendation ("Report") on Defendants' Motion to Dismiss Plaintiffs' Complaint, ECF No. [80].  ECF No. [157].  In the Report, Judge Louis recommends that the Motion to Dismiss be granted in part and denied in part.  ECF No. [157].  No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [157], is **AFFIRMED** and **ADOPTED**.

    2. Defendants' Motion to Dismiss Plaintiffs' Complaint, ECF No. [80], is **GRANTED IN PART AND DENIED IN PART**.

3. Counts I through V of Plaintiffs' Complaint are **DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** in order to particularly allege the unlawful actions of each Defendant that provide the basis for each Count. Defendants' Motion to Dismiss Counts I through V is otherwise **DENIED**.

4. Defendants' Motion to Dismiss Count VI[1] for Violation of the Anti-Cybersquatting Consumer Protection Act is **DENIED**.

5. If Plaintiffs intends to file an amended complaint to cure the deficiencies explained in the Report, they must do so **no later than March 14, 2025**, or file a notice by such date stating that they are proceeding solely on their Anti-Cybersquatting Consumer Protection Act claim.

**DONE AND ORDERED** in Miami, Florida, this 28th day of February, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

---

[1] This Count is mislabeled in the Complaint as a (second) Count IV.